DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

AUSTIN v. ROYALL

No. 87 PC.

Case below: 38 N.C. App. 118.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 November 1978.

BARBOUR v. LITTLE

No. 58 PC.

Case below: 37 N.C. App. 686.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 3 November 1978.

CONSTRUCTION CO. v. MANAGEMENT CO.

No. 53 PC.

Case below: 37 N.C. App. 549.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

DIXON v. RIVERS

No. 92 PC.

No. 7 (Spring Term)

Case below: 37 N.C. App. 168.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals allowed 3 November 1978.

HEWETT v. HEWETT

No. 88 PC.

Case below: 38 N.C. App. 37.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 November 1978.